# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES N. BELSSNER,
                    Appellant,

vs.

LINDEN GITTINGS,
                    Respondent.

No. 79989

**FILED**

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; David M. Jones, Judge. Appellant has filed a notice of withdrawal of appeal. Cause appearing, the notice is treated and granted as a motion for a voluntary dismissal of this appeal. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David M. Jones, District Judge
       Charles N. Belssner
       Law Offices of Eric R. Larsen
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-51047